IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 21-CR-32-CJW |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN JARRELL DENNIS | ) | |
| (a/k/a "Buddy," "Mo," "Buddy Mo"), | ) | |
| DEMICO DEMON IRVIN, | ) | |
| DEAKOTA LAWRENCE SHIELDS, | ) | |
| THOMAS NATHANIEL MAY | ) | |
| (a/k/a "Nate"), | ) | |
| CODY SCOTT DEKLOTZ, | ) | |
| ANDREW JAMES LEHMAN, | ) | |
| TAYLOR JAMES LEYDEN, | ) | |
| MELINDA SLAVATORA WERNING, | ) | |
| JERRY DWAYNE BANGHART, | ) | |
| RYAN RICK SCHLITTER, and | ) | |
| DAVID MICHAEL NELSON, | ) | |
| | ) | |
| Defendants. | ) | |

## LOCAL CRIMINAL RULE 7 STATEMENT

Pursuant to Local Criminal Rule 7, the United States respectfully submits the following brief statement describing the difference between the original indictment and the superseding indictment.

    Case Caption:    Added new defendants and aliases for DENNIS

    Counts 1-2, 4-13:    New counts

    Count 3:    Renumbered count (formerly Count 1)

1

Respectfully submitted,

SEAN R. BERRY
Acting United States Attorney

By, */s/ Dan Chatham*

DAN CHATHAM
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333
(319) 363-1990 (Fax)
Dan.Chatham@usdoj.gov